# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VASSIL, ANTHONY | § | Case No. 09-31570 |
| VASSIL, JOYOCE | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on 08/27/2009 .   The undersigned trustee was appointed on  04/16/2014 .

    2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
|     4.  The trustee realized gross receipts of | $ | 20,952.99 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 12,867.62 |
| Bank service fees | 938.64 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---|
| Leaving a balance on hand of[1] | $ | 7,146.73 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  04/20/2011  and the deadline for filing governmental claims was  04/20/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,845.30 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,845.30 , for a total compensation of $ 2,845.30 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 38.80 , for total expenses of $ 38.80 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/01/2016                              By:/s/GINA B. KROL
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

**Exhibit A**

| | |
|---|---|
| Case No: | 09-31570    DRC    Judge: Donald R. Cassling |
| Case Name: | VASSIL, ANTHONY |
| | VASSIL, JOYOCE |
| For Period Ending: | 04/27/16    (14th reporting period for this case) |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 08/27/09 (f) |
| 341(a) Meeting Date: | 10/13/09 |
| Claims Bar Date: | 04/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2 NORTH 631 DIANE, GLEN ELLYN, IL | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 50.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING (TCF Bank) $100(H)  CHECKING(CHASE BANK)$100(H) CHECKING(CHASE BANK)$0.00(W CHECKING (TCF BANK)$100 (W) SAVING (TCF BANK) $480 (W) SAVING (CHASE BANK) $10 (W) SAVINGS (TCF) $25 (H) SAVINGS(BELL W.CREDIT UNION  $500 (W) MONEY MARKET (WACHOVIA SECURITIES) $2,145 (J) | 3,460.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS  Schedules B and C amended 7/2/2013 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 6. JEWELRY- Two wedding bands and an engagement ring plus ordinary costume jewelry | 750.00 | 0.00 | | 0.00 | FA |
| 7. WHOLE LIFE INSURANCE POLICIES  Wife's term life insurance policy with Protective Life (husband is beneficiary). Husband's four whole life policies through Country Companies (wife is beneficiary on all policies) no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 8. 401K Wife's 401(k) through employer | 6,325.00 | 0.00 | | 0.00 | FA |
| 9. IRA Wife's IRA with Wachovia | 6,612.00 | 0.00 | | 0.00 | FA |
| 10. 100% VASSIL RESTAURANT, LLC Husband's 100% ownership d/b/a Vangelo's Town Center Grille (business closed its doors early 2009) | 0.00 | 0.00 | | 0.00 | FA |
| 11. TONY'S STEAMERS OF WINFIELD, LTD  Husband's 50% ownership of Tony's Steamers of Winfield, Ltd. (liabilities exceed | 0.00 | 18,000.00 | | 19,021.30 | FA |

LFORM1   **UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

Ver: 19.06

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit A

| | | |
|---|---|---|
| Case No: | 09-31570   DRC   Judge: Donald R. Cassling | Trustee Name:   GINA B. KROL |
| Case Name: | VASSIL, ANTHONY | Date Filed (f) or Converted (c):   08/27/09 (f) |
| | VASSIL, JOYOCE | 341(a) Meeting Date:   10/13/09 |
| | | Claims Bar Date:   04/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| assets-stock has negative value) | | | | | |
| 12. SAVINGS BOND  Wife's ten savings bonds.  Present cash-in value approximately. | 5,500.00 | 1,760.00 | | 1,931.32 | FA |
| 13. 2004 CADILLAC CTS<br>   Schedules B and C amended in 7/2/2013. | 10,990.00 | 0.00 | | 0.00 | FA |
| 14. 2002 CHEVY TAHOE<br>   Schedules B and C amended 7/2/2013 | 6,850.00 | 0.00 | | 0.00 | FA |
| 15. 2010 FORD ESCAPE XLT(wife has half interest in car with daughter)<br>   Schedules B and C amended 7/2/2013 | 25,000.00 | 0.00 | | 0.00 | FA |
| 16. 1998 SATURN<br>   Schedule B and C amended 7/2/2013 | 1,335.00 | 0.00 | | 0.00 | FA |
| INT. Interest Earned (u) | Unknown | N/A | | 0.37 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $268,372.00 | $19,760.00 | | $20,952.99 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Successor Trustee to review claims and prepare TFR

October 22, 2014, 02:10 pm

Active

SALE OF HOTDOG STAND (STEAMERS) IN NEGOTIATION; OBJECT TO DISCHARGE OF DEBTOR POSSIBILITY; SETTLEMENT OF ISSUE REGARDING

INTEREST IN HOT DOG STAND ENTERED; COMPLETION OF SETTLEMENT TERMS PENDING

**FORM**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   3

Exhibit A

| | |
|---|---|
| Case No: | 09-31570   DRC   Judge: Donald R. Cassling |
| Case Name: | VASSIL, ANTHONY |
| | VASSIL, JOYOCE |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 08/27/09 (f) |
| 341(a) Meeting Date: | 10/13/09 |
| Claims Bar Date: | 04/20/11 |

Awaiting liquidation or Savings Bonds

Bonds liquidated. Waiting for final review of claims & tax returns.

Final Report preparation in progress

Objection to Claim #1- Ford Motor Company set for hearing on April 25, 2014.

Initial Projected Date of Final Report (TFR): 12/30/11          Current Projected Date of Final Report (TFR): 01/31/16

    /s/    GINA B. KROL

_____ Date: 04/27/16

    GINA B. KROL

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-31570 -DRC |
| Case Name: | VASSIL, ANTHONY |
| | VASSIL, JOYOCE |
| Taxpayer ID No: | *******4147 |
| For Period Ending: | 04/27/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******7165  Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/01/11 | 11 | TONY'S STEAMERS OF WINFIELD | SETTLEMENT PAYMENT | 1129-000 | 3,050.00 | | 3,050.00 |
| 02/09/11 | 11 | TONY'S STEAMERS OF WINFIELD | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 3,600.00 |
| 02/15/11 | 001001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 2.37 | 3,597.63 |
| | | | BALANCE AS OF 02/15/2011 FOR CASE | | | | |
| | | | #09-31570, Bond#016026455 | | | | |
| | | | 2300-000       $-2.37 | | | | |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 3,597.65 |
| 03/01/11 | 11 | TONY'S STEAMERS OF WINFIELD | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 4,147.65 |
| | | 27W213 GENEVA ROAD | | | | | |
| | | WINFIELD, IL  60190 | | | | | |
| 03/31/11 | 11 | TONY'S STEAMERS OF WINFIELD | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 4,697.65 |
| | | 27W213 GENEVA ROAD | | | | | |
| | | WINFIELD, IL  60190 | | | | | |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,697.68 |
| 04/28/11 | 11 | TONY'S STEAMERS OF WINFIELD | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 5,247.68 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 5,247.70 |
| 05/31/11 | 11 | TONY'S STEAMERS OF WINFIELD | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 5,797.70 |
| | | 27 W 213 GENEVA ROAD | | | | | |
| | | WINFIELD, IL  60188 | | | | | |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 5,797.73 |
| 06/28/11 | 11 | TONY'S STEAMERS OF WINFIELD | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 6,347.73 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 6,347.75 |
| 07/28/11 | 11 | TONY'S STEAMERS OF WINFIELD | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 6,897.75 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 6,897.78 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 12.17 | 6,885.61 |
| 08/30/11 | 11 | TONY STEAMERS OF WINFIELD | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 7,435.61 |
| | | 2NW213 GENEVA ROAD | | | | | |
| | | WINFIELD, IL  60190 | | | | | |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 7,435.64 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,410.64 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4

Ver: 19.06

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit B

| Case No: | 09-31570  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | VASSIL, ANTHONY | Bank Name: | Bank of New York Mellon |
| | VASSIL, JOYOCE | Account Number / CD #: | *******7165  Money Market Account |
| Taxpayer ID No: | *******4147 | | |
| For Period Ending: | 04/27/16 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/29/11 | 11 | TONYS STEAMERS OF WINFIELD | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 7,960.64 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 7,960.67 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,935.67 |
| 10/24/11 | 001002 | MAHER VALUATION SERVICE | FEE TO BUSINESS VALUATION | 3991-000 | | 2,000.00 | 5,935.67 |
| | | C/O JOHN MAHER | 3991-000       $-2,000.00 | | | | |
| | | 1862 GOLDENEYE DRIVE | | | | | |
| | | HOLLAND, MI  49424 | | | | | |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 5,935.70 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,910.70 |
| 11/01/11 | 11 | TONY'S STEAMERS OF WINFIELD | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 6,460.70 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 6,460.74 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,435.74 |
| 12/21/11 | 11 | TONY'S STEAMERS OF WINFIELD | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 6,985.74 |
| | | 2NW 213 GENEVA ROAD | | | | | |
| | | WINFIELD, IL  60190 | | | | | |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 6,985.78 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,960.78 |
| 01/04/12 | 11 | TONY'S STEAMERS OF WINFIELD | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 7,510.78 |
| | | 27W213 GENEVA ROAD | | | | | |
| | | WINFIELD, IL  60190 | | | | | |
| 01/31/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 7,510.83 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,485.83 |
| 02/01/12 | 11 | TONY'S STEAMERS OF WINFIELD | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 8,035.83 |
| 02/07/12 | | Green Bank | Transfer Funds | 9999-000 | | 8,035.83 | 0.00 |
| | | | 9999-000       $-8,035.83 | | | | |

Ver: 19.06

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-31570 -DRC |
| Case Name: | VASSIL, ANTHONY |
| | VASSIL, JOYOCE |
| Taxpayer ID No: | *******4147 |
| For Period Ending: | 04/27/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******7165  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account | *******7165 | | Balance Forward | 0.00 | | |
| | | 14 | Deposits | 10,200.00 | 2 | Checks | 2,002.37 |
| | | 12 | Interest Postings | 0.37 | 7 | Adjustments Out | 162.17 |
| | | | | | 1 | Transfers Out | 8,035.83 |
| | | | Subtotal | $  10,200.37 | | |
| | | | | | | Total | $   10,200.37 |
| | | 0 | Adjustments In | 0.00 | | |
| | | 0 | Transfers In | 0.00 | | |
| | | | Total | $  10,200.37 | | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

LFORM2T4

Ver: 19.06

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-31570  -DRC |
| Case Name: | VASSIL, ANTHONY |
| | VASSIL, JOYOCE |
| Taxpayer ID No: | *******4147 |
| For Period Ending: | 04/27/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******7166  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| Account *******7166 | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| | 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 0.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 0.00 | | | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

LFORM2T4

Ver: 19.06

FORM 2

Page:   5

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 09-31570 -DRC |
| Case Name: | VASSIL, ANTHONY |
| | VASSIL, JOYOCE |
| Taxpayer ID No: | *******4147 |
| For Period Ending: | 04/27/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******7001 DDA |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/12 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | 8,035.83 | | 8,035.83 |
| 02/10/12 | 005001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 Tern: 2/1/12 to 2/1/13 | 2300-000 | | 6.17 | 8,029.66 |
| | | | 2300-000        $-6.17 | | | | |
| 02/29/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 9.61 | 8,020.05 |
| 03/02/12 | 11 | TONY'S STEAMERS OF WINFIELD 2NW213 GENEVA ROAD WINFIELD, IL | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 8,570.05 |
| 03/30/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 14.16 | 8,555.89 |
| 04/04/12 | 11 | TONY'S STEAMERS OF WINFIELD 27W213 GENEVA ROAD WINFIELD, IL  60190- | MONTHLY SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 9,105.89 |
| 04/30/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 13.66 | 9,092.23 |
| 05/03/12 | 11 | TONY'S STEAMERS OF WINFIELD 27W213 GENEVA ROAD WINFIELD, IL  60188- | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 9,642.23 |
| 05/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 15.47 | 9,626.76 |
| 06/01/12 | 11 | TONY'S STEAMERS OF WINFIELD 27 W 213 GENEVA RD WINFIELD, IL  60190- | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 10,176.76 |
| 06/29/12 | | Green Bank 401 Greenbriar | Bank Service Fee | 2600-000 | | 16.33 | 10,160.43 |

**FORM 2**

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-31570 -DRC |
| Case Name: | VASSIL, ANTHONY |
| | VASSIL, JOYOCE |
| Taxpayer ID No: | *******4147 |
| For Period Ending: | 04/27/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******7001  DDA |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Houston, TX  77098 | | | | | |
| 07/02/12 | 11 | TONY'S STEAMERS OF WINFIELD 27W213 GENEVA ROAD WINFIELD, IL  60190 | settlement payment | 1129-000 | 550.00 | | 10,710.43 |
| 07/31/12 | 11 | TONY'S STEAMERS OF WINFIELD 27W213 GEVENA ROAD WINFIELD, IL  60190- | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 11,260.43 |
| 07/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 16.69 | 11,243.74 |
| 08/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 19.89 | 11,223.85 |
| 09/05/12 | 11 | TONY'S STEAMERS OF WINFIELD 27W213 GENEVA ROAD WINFIELD, IL  60190 | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 11,773.85 |
| 09/28/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 16.49 | 11,757.36 |
| 10/01/12 | 11 | TONY'S STEAMERS OF WINFIELD 27W 213 GEVENA ROAD WINFIELD, IL  60190 | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 12,307.36 |
| 10/31/12 | 11 | TONY'S STEAMERS OF WINFIELD 27W213 GEVENA ROAD WINFIELD, IL  60190 | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 12,857.36 |
| 10/31/12 | | Green Bank 401 Greenbriar Houston, TX  77098 | Bank Service Fee | 2600-000 | | 19.63 | 12,837.73 |
| 11/29/12 | 11 | TONY'S STEAMERS OF WINFIELD 27W213 GENEVA ROAD WINFIELD, IL  60190 | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 13,387.73 |

FORM 2

Page:    7

Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-31570 -DRC |
|---|---|
| Case Name: | VASSIL, ANTHONY |
| | VASSIL, JOYOCE |
| Taxpayer ID No: | *******4147 |
| For Period Ending: | 04/27/16 |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | Green Bank |
| Account Number / CD #: | *******7001  DDA |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/12 | | Green Bank<br>401 Greenbriar<br>Houston, TX  77098 | Bank Service Fee | 2600-000 | | 21.47 | 13,366.26 |
| 12/31/12 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 20.17 | 13,346.09 |
| 01/02/13 | 11 | TONYS STEAMERS OF WINFIELD<br>27W213 GENEVA RD<br>WINFIELD, IL  60188 | SETTLEMENT PAYMENT | 1129-000 | 550.00 | | 13,896.09 |
| 01/23/13 | 11 | ANTHONY VASSIL | Settlement Payment | 1129-000 | 1,750.00 | | 15,646.09 |
| 01/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 23.09 | 15,623.00 |
| 02/21/13 | 005002 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | Bond#016026455<br>2300-000          $-12.62 | 2300-000 | | 12.62 | 15,610.38 |
| 02/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 22.76 | 15,587.62 |
| 03/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 25.15 | 15,562.47 |
| 04/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 24.30 | 15,538.17 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

LFORM2T4

Ver: 19.06

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   8

Exhibit B

| Case No: | 09-31570 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | VASSIL, ANTHONY | Bank Name: | Green Bank |
| | VASSIL, JOYOCE | Account Number / CD #: | *******7001  DDA |
| Taxpayer ID No: | *******4147 | | |
| For Period Ending: | 04/27/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 26.69 | 15,511.48 |
| 06/28/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 22.60 | 15,488.88 |
| 07/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 24.99 | 15,463.89 |
| 08/09/13 | 12 | Joyce Vassil<br>2N.631 Diane Ave.<br>Glen Ellyn, IL  60137 | Redemption amount of Savings Bonds | 1129-000 | 1,931.32 | | 17,395.21 |
| 08/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 28.77 | 17,366.44 |
| 09/30/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 25.31 | 17,341.13 |
| 10/31/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 27.98 | 17,313.15 |
| 11/29/13 | | Green Bank<br>US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX  77092 | Bank Service Fee | 2600-000 | | 27.93 | 17,285.22 |

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

LFORM2T4

Ver: 19.06

FORM 2

Page:    9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 09-31570  -DRC |
| Case Name: | VASSIL, ANTHONY |
| | VASSIL, JOYOCE |
| Taxpayer ID No: | *******4147 |
| For Period Ending: | 04/27/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******7001  DDA |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 26.99 | 17,258.23 |
| 01/31/14 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 29.64 | 17,228.59 |
| 02/28/14 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 25.11 | 17,203.48 |
| 03/31/14 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX  77092 | Bank Service Fee | 2600-000 | | 25.97 | 17,177.51 |
| 04/02/14 | 005003 | INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA  70139 | Blanket bond #016026455  2/01/14 to 2/10/15      2300-000        $-14.25 | 2300-000 | | 14.25 | 17,163.26 |
| 04/28/14 | | Green Bank | Technology Fee | 2600-000 | | 20.55 | 17,142.71 |
| 05/06/14 | | Transfer to Acct #*******0949 | Bank Funds Transfer | 9999-000 | | 17,142.71 | 0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-31570 -DRC |
| Case Name: | VASSIL, ANTHONY |
| | VASSIL, JOYOCE |
| Taxpayer ID No: | *******4147 |
| For Period Ending: | 04/27/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | Green Bank |
| Account Number / CD #: | *******7001 DDA |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account  *******7001 | | Balance Forward | 0.00 | | | |
| | 13 | Deposits | 9,731.32 | 3 | Checks | 33.04 |
| | 0 | Interest Postings | 0.00 | 27 | Adjustments Out | 591.40 |
| | | | | 1 | Transfers Out | 17,142.71 |
| | | Subtotal | $   9,731.32 | | | |
| | | | | | Total | $   17,767.15 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 8,035.83 | | | |
| | | Total | $   17,767.15 | | | |

LFORM2T4

Page:  11

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-31570 -DRC |
| Case Name: | VASSIL, ANTHONY |
| | VASSIL, JOYOCE |
| Taxpayer ID No: | *******4147 |
| For Period Ending: | 04/27/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0949  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/06/14 | | Transfer from Acct #*******7001 | Bank Funds Transfer | 9999-000 | 17,142.71 | | 17,142.71 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 17,132.71 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.47 | 17,107.24 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.61 | 17,082.63 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.40 | 17,057.23 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.36 | 17,031.87 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.51 | 17,007.36 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.29 | 16,982.07 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.43 | 16,957.64 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency | | 2300-000 | | 9.69 | 16,947.95 |
| | | 60 E. 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, NY  10165 | | | | | |
| 01/14/16 | 11 | Tony's Steamers of Winfield | Interest on Note Payment | 1129-000 | 1,021.30 | | 17,969.25 |
| | | 27 W 213 Geneva Rd. | | | | | |
| | | Winfield, IL 60190 | | | | | |
| 02/18/16 | 030002 | ADAMS-LEVINE | Acct #10BSBGR6291 | 2300-000 | | 9.54 | 17,959.71 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY  10017 | | | | | |
| 04/26/16 | 030003 | InnovaLaw PC | Attorneys Fees | 3210-000 | | 10,353.25 | 7,606.46 |
| | | 15020 S Ravinia Avenue | | | | | |
| | | Suite 29 | | | | | |
| | | Orland Park, IL  60462 | | | | | |
| 04/26/16 | 030004 | InnovaLaw PC | Attorneys Expenes | 3220-000 | | 459.73 | 7,146.73 |
| | | 15020 S Ravinia Avenue | | | | | |
| | | Suite 29 | | | | | |
| | | Orland Park, IL  60462 | | | | | |

Page: 12

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-31570 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | VASSIL, ANTHONY | Bank Name: | ASSOCIATED BANK |
| | VASSIL, JOYOCE | Account Number / CD #: | *******0949  Checking Account |
| Taxpayer ID No: | *******4147 | | |
| For Period Ending: | 04/27/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account  *******0949 | | Balance Forward | | 0.00 | | | |
| | 1 | Deposits | | 1,021.30 | 4 | Checks | 10,832.21 |
| | 0 | Interest Postings | | 0.00 | 8 | Adjustments Out | 185.07 |
| | | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ | 1,021.30 | | | |
| | | | | | | Total | $ 11,017.28 |
| | 0 | Adjustments In | | 0.00 | | | |
| | 1 | Transfers In | | 17,142.71 | | | |
| | | Total | $ | 18,164.01 | | | |

| Report Totals | | Balance Forward | | 0.00 | | | |
| | 28 | Deposits | | 20,952.62 | 9 | Checks | 12,867.62 |
| | 12 | Interest Postings | | 0.37 | 42 | Adjustments Out | 938.64 |
| | | | | | 2 | Transfers Out | 25,178.54 |
| | | Subtotal | $ | 20,952.99 | | | |
| | | | | | | Total | $ 38,984.80 |
| | 0 | Adjustments In | | 0.00 | | | |
| | 2 | Transfers In | | 25,178.54 | | | |
| | | Total | $ | 46,131.53 | | Net Total Balance | $ 7,146.73 |

Trustee's Signature: /s/   GINA B. KROL
GINA B. KROL
Date: 04/27/16

**UST Form 101-7-TFR (5/1/2011)** *(Page: 17)*

LFORM2T4

Ver: 19.06

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|

Page 1

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**

Date: June 01, 2016

Case Number:    09-31570
Debtor Name:    VASSIL, ANTHONY

Priority Sequence

Joint Debtor:  VASSIL, JOYOCE

| Code # | Creditor Name & Address | Claim Class    Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 001<br>2100-00 | Gina B. Krol, Successor Trustee | Administrative<br>Orig Allowed: 2743.17 | $0.00 | $2,845.30 | $1,000.00 |
| 001<br>2200-00 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL  60462 | Administrative | $0.00 | $669.79 | $669.79 |
| 001<br>3210-00 | InnovaLaw PC<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Administrative | $0.00 | $10,353.25 | $10,353.25 |
| 001<br>3220-00 | InnovaLaw PC<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Administrative | $0.00 | $459.73 | $459.73 |
| 001<br>2200-00 | GINA B. KROL<br>105 W. Adams Street<br>31st Floor<br>Chicago, IL 60606 | Administrative | $0.00 | $38.80 | $38.80 |
| 001<br>2100-00 | DAVID E. GROCHOCINSKI,<br>TRUSTEE | Administrative | $0.00 | $2,845.30 | $1,845.30 |
| 28<br>040<br>5800-00 | Department of Treasury<br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA  19114 | Priority | $0.00 | $13,344.38 | $13,344.38 |
| 01<br>050<br>4210-00 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI  48121 | Secured<br>  Objection Resolution: 04/02/14<br>  Objection Resolution: claim withdrawn<br>  Objection Resolution Docket: 144 | $0.00 | $24,288.84 | $0.00 |
| 27<br>070<br>7100-00 | Lucia Leck<br>Holland & Knight LLP<br>Attn: Stephen B. Varick<br>131 S. Dearborn 30th Floor<br>Chicago, IL  60603 | Unsecured | $0.00 | $200,000.00 | $200,000.00 |
| 29<br>070<br>7100-00 | Plunkett's Pest Control<br>40 NE 52nd Way<br>Fridley, MN  554211014 | Unsecured | $0.00 | $269.50 | $269.50 |
| 30<br>070<br>7100-00 | Wirtz Beverage Co.<br>P.O. Box 809180<br>Chicago, IL  606809180 | Unsecured | $0.00 | $238.25 | $238.25 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 2

Date: June 01, 2016

Case Number:  09-31570

Priority Sequence

Debtor Name:   VASSIL, ANTHONY

Joint Debtor: VASSIL, JOYOCE

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 31<br>070<br>7100-00 | Trimark Marlin, Inc.<br>c/o Teller, Levit & Silvertrust PC<br>11 E Adams St., #800<br>Chicago, IL  60603 | Unsecured | | $0.00 | $33,034.71 | $33,034.71 |
| 32<br>070<br>7100-00 | Trimark Marlin, Inc.<br>c/o Teller, Levit & Silvertrust PC<br>11 E Adams St., #800<br>Chicago, IL  60603 | Unsecured | | $0.00 | $34,651.79 | $34,651.79 |
| 33<br>070<br>7100-00 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX  75374 | Unsecured | | $0.00 | $856.45 | $856.45 |
| 34<br>070<br>7100-00 | Sysco Food Services<br>250 Wieboldt Drive<br>Des Plaines, IL  600163100 | Unsecured | Creditor sent email unsecured in full | $0.00 | $2,187.57 | $2,187.57 |
| 35<br>070<br>7100-00 | Greco & Sons<br>1550 Hecht Road<br>Bartlett, IL  60103 | Unsecured | | $0.00 | $3,984.73 | $3,984.73 |
| 36<br>070<br>7100-00 | Kyung Jae Chung/Central<br>Development<br>c/o Kyung Jae Chung/Central<br>Development<br>200 E Masters Trail<br>Vernon Hills, IL  60061 | Unsecured | (36-1) Lease and Buildout loan | $0.00 | $633,838.00 | $633,838.00 |
| 37<br>070<br>7100-00 | National-Louis University<br>c/o Craig D. Jeffrey, Esq.<br>Bryan Cave, LLP<br>161 N. Clark St., Ste. 4300<br>Chicago, IL  60601 | Unsecured | | $0.00 | $16,550.00 | $16,550.00 |
| 38<br>080<br>7200-00 | Supreme Lobster & Seafood Co.<br>220 E. North Avenue<br>Villa Park, IL  60181 | Unsecured | | $0.00 | $3,951.49 | $3,951.49 |
| 02<br>610<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | Unsecured | | $0.00 | $3,388.21 | $3,388.21 |
| 03<br>610<br>7100-00 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC  296030390 | Unsecured | | $0.00 | $847.51 | $847.51 |

| | | | EXHIBIT C | | | |
|---|---|---|---|---|---|---|
| Page 3 | | | ANALYSIS OF CLAIMS REGISTER | | | Date: June 01, 2016 |

Case Number:   09-31570
Debtor Name:    VASSIL, ANTHONY

Priority Sequence

Joint Debtor:  VASSIL, JOYOCE

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 04<br>610<br>7100-00 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP<br>AS AGENT<br>PO Box 71083<br>Charlotte, NC  282721083 | Unsecured | | $0.00 | $539.74 | $539.74 |
| 05<br>610<br>7100-00 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP<br>AS AGENT<br>PO Box 71083<br>Charlotte, NC  282721083 | Unsecured | | $0.00 | $4,158.27 | $4,158.27 |
| 06<br>610<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  198505145 | Unsecured | | $0.00 | $192.82 | $192.82 |
| 07<br>610<br>7100-00 | Clipper Magazine<br>P.O. Box 610<br>Mountville, PA  17554 | Unsecured | | $0.00 | $2,362.20 | $2,362.20 |
| 08<br>610<br>7100-00 | West Suburban Bank<br>711 S. Meyers Road<br>Lombard, IL  60148 | Unsecured | | $0.00 | $5,109.39 | $5,109.39 |
| 09<br>610<br>7100-00 | Greco & Sons<br>1550 Hecht Road<br>Bartlett, IL  60103 | Unsecured | | $0.00 | $18,266.33 | $18,266.33 |
| 10<br>610<br>7100-00 | Mickey's Linen<br>P.O. Box 5789<br>Villa Park, IL  60181 | Unsecured | | $0.00 | $1,355.05 | $1,355.05 |
| 11<br>610<br>7100-00 | Allegra Printing and Imaging<br>460 Windy Point Drive<br>Glendale Heights, IL  60139 | Unsecured | | $0.00 | $1,184.92 | $1,184.92 |
| 12<br>610<br>7100-00 | American Express Centurion Bank<br>Becket & Lee LLP<br>POB 3001<br>Malvern, PA  193550701 | Unsecured<br>(12-1) CREDIT CARD DEBT | | $0.00 | $1,001.70 | $1,001.70 |
| 13<br>610<br>7100-00 | Nelnet<br>3015 South Parker Road Suite 400<br>Aurora, CO  80014 | Unsecured<br>(13-1) Student Loan Obligation | | $0.00 | $16,576.97 | $16,576.97 |
| 14<br>610<br>7100-00 | U.S. Food Services, Inc.<br>c/o Kohner, Mann & Kailas, S.C.<br>4650 N. Port Washington Road<br>Milwaukee, WI  532121059 | Unsecured | | $0.00 | $7,052.68 | $7,052.68 |
| 15<br>610<br>7100-00 | Aurora Sign Company<br>1100 Route 34<br>Aurora, IL  60503 | Unsecured | | $0.00 | $3,850.00 | $3,850.00 |

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

Page 4                                                                                    Date: June 01, 2016

Case Number:   09-31570
Debtor Name:    VASSIL, ANTHONY                    Priority Sequence
                                                   Joint Debtor: VASSIL, JOYOCE

| Code # | Creditor Name & Address | Claim Class   Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 16<br>610<br>7100-00 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 193550701 | Unsecured<br>(16-1) CREDIT CARD DEBT | $0.00 | $719.71 | $719.71 |
| 17<br>610<br>7100-00 | US Department of Education<br>Direct Loan Svcg<br>PO Box 5609<br>Greenville, TX 754035609 | Unsecured | $0.00 | $10,071.60 | $10,071.60 |
| 18<br>610<br>7100-00 | US Department of Education<br>Direct Loan Svcg<br>PO Box 5609<br>Greenville, TX 754035609 | Unsecured | $0.00 | $7,661.37 | $7,661.37 |
| 19<br>610<br>7100-00 | Schweppe & Sons, Inc.<br>376 W. North Avenue<br>Lombard, IL 60148 | Unsecured | $0.00 | $16,700.70 | $16,700.70 |
| 20<br>610<br>7100-00 | Society Insurance<br>P.O. Box 1029<br>Fond Du Lac, WI 549361029 | Unsecured | $0.00 | $1,849.82 | $1,849.82 |
| 21<br>610<br>7100-00 | National Louis University<br>Student Finance Office<br>1000 Capitol Drive<br>Wheeling, IL 600907201 | Unsecured | $0.00 | $11,300.00 | $11,300.00 |
| 22<br>610<br>7100-00 | Data Wave<br>1440 N. Kingsbury St.<br>Suite 5<br>Chicago, IL 60622 | Unsecured | $0.00 | $9,180.56 | $9,180.56 |
| 23<br>610<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 331311605 | Unsecured | $0.00 | $286.96 | $286.96 |
| 24<br>610<br>7100-00 | Fia Card Services, NA/Bank of<br>America<br>by American Infosource Lp As Its<br>Agent<br>PO Box 248809<br>Oklahoma City, OK 731248809 | Unsecured | $0.00 | $2,827.90 | $2,827.90 |
| 25<br>610<br>7100-00 | Fia Card Services, NA/Bank of<br>America<br>by American Infosource Lp As Its<br>Agent<br>PO Box 248809<br>Oklahoma City, OK 731248809 | Unsecured | $0.00 | $7,552.30 | $7,552.30 |
| 26<br>610<br>7100-00 | Fia Card Services, NA/Bank of<br>America<br>by American Infosource Lp As Its<br>Agent<br>PO Box 248809<br>Oklahoma City, OK 731248809 | Unsecured | $0.00 | $7,521.90 | $7,521.90 |

| | | | | | | |
|---|---|---|---|---|---|---|

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 5                                                                                          Date: June 01, 2016

Case Number:    09-31570                          Priority Sequence
Debtor Name:    VASSIL, ANTHONY
                                          Joint Debtor: VASSIL, JOYOCE

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND 999 2300-00 | Adams Levine Surety Bond Agency 60 E. 42nd Street Room 965 New York, NY 10165 | Administrative | | $0.00 | $9.69 | $9.69 |
| BOND 999 2300-00 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY 10017 | Administrative | | $0.00 | $9.54 | $9.54 |
| | Case Totals: | | | $0.00 | $1,125,985.72 | $1,098,851.58 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-31570
Case Name: VASSIL, ANTHONY
            VASSIL, JOYOCE
Trustee Name: GINA B. KROL

Balance on hand                                    $        7,146.73

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 01 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | $    24,288.84 | $        0.00 | $        0.00 | $        0.00 |

Total to be paid to secured creditors          $                0.00

Remaining Balance                              $            7,146.73

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $    2,845.30 | $        0.00 | $    2,845.30 |
| Trustee Expenses: GINA B. KROL | $      708.59 | $        0.00 | $      708.59 |
| Attorney for Trustee Fees: InnovaLaw PC | $   10,353.25 | $   10,353.25 | $        0.00 |
| Other: Adams Levine Surety Bond Agency | $        9.69 | $        9.69 | $        0.00 |
| Other: ADAMS-LEVINE | $        9.54 | $        9.54 | $        0.00 |
| Other: InnovaLaw PC | $      459.73 | $      459.73 | $        0.00 |

Total to be paid for chapter 7 administrative expenses     $        3,553.89

Remaining Balance                                          $        3,592.84

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 13,344.38  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 28 | Department of Treasury Internal Revenue Service P.O. Box 21126 Philadelphia, PA  19114 | $          13,344.38 | $               0.00 | $          3,592.84 |
| | Total to be paid to priority creditors | | $          3,592.84 | |
| | Remaining Balance | | $               0.00 | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,067,169.61  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 02 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC  29602 | $          3,388.21 | $            0.00 | $            0.00 |
| 03 | Dell Financial Services L.L.C. c/o Resurgent Capital Services PO Box 10390 Greenville, SC  296030390 | $             847.51 | $            0.00 | $            0.00 |
| 04 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT PO Box 71083 Charlotte, NC  282721083 | $             539.74 | $            0.00 | $            0.00 |
| 05 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT PO Box 71083 Charlotte, NC  282721083 | $          4,158.27 | $            0.00 | $            0.00 |
| 06 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 198505145 | $             192.82 | $            0.00 | $            0.00 |
| 07 | Clipper Magazine P.O. Box 610 Mountville, PA  17554 | $          2,362.20 | $            0.00 | $            0.00 |
| 08 | West Suburban Bank 711 S. Meyers Road Lombard, IL  60148 | $          5,109.39 | $            0.00 | $            0.00 |
| 09 | Greco & Sons 1550 Hecht Road Bartlett, IL  60103 | $        18,266.33 | $            0.00 | $            0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Mickey's Linen<br>P.O. Box 5789<br>Villa Park, IL  60181 | $        1,355.05 | $          0.00 | $          0.00 |
| 11 | Allegra Printing and Imaging<br>460 Windy Point Drive<br>Glendale Heights, IL 60139 | $        1,184.92 | $          0.00 | $          0.00 |
| 12 | American Express Centurion Bank<br>Becket & Lee LLP<br>POB 3001<br>Malvern, PA  193550701 | $        1,001.70 | $          0.00 | $          0.00 |
| 13 | Nelnet<br>3015 South Parker Road<br>Suite 400<br>Aurora, CO  80014 | $      16,576.97 | $          0.00 | $          0.00 |
| 14 | U.S. Food Services, Inc.<br>c/o Kohner, Mann & Kailas, S.C.<br>4650 N. Port Washington Road<br>Milwaukee, WI 532121059 | $        7,052.68 | $          0.00 | $          0.00 |
| 15 | Aurora Sign Company<br>1100 Route 34<br>Aurora, IL  60503 | $        3,850.00 | $          0.00 | $          0.00 |
| 16 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA  193550701 | $          719.71 | $          0.00 | $          0.00 |
| 17 | US Department of Education<br>Direct Loan Svcg<br>PO Box 5609<br>Greenville, TX  754035609 | $      10,071.60 | $          0.00 | $          0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | US Department of Education<br>Direct Loan Svcg<br>PO Box 5609<br>Greenville, TX  754035609 | $       7,661.37 | $          0.00 | $          0.00 |
| 19 | Schweppe & Sons, Inc.<br>376 W. North Avenue<br>Lombard, IL  60148 | $      16,700.70 | $          0.00 | $          0.00 |
| 20 | Society Insurance<br>P.O. Box 1029<br>Fond Du Lac, WI<br>549361029 | $       1,849.82 | $          0.00 | $          0.00 |
| 21 | National Louis University<br>Student Finance Office<br>1000 Capitol Drive<br>Wheeling, IL  600907201 | $      11,300.00 | $          0.00 | $          0.00 |
| 22 | Data Wave<br>1440 N. Kingsbury St.<br>Suite 5<br>Chicago, IL  60622 | $       9,180.56 | $          0.00 | $          0.00 |
| 23 | Midland Funding LLC<br>By its authorized agent<br>Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL  331311605 | $         286.96 | $          0.00 | $          0.00 |
| 24 | Fia Card Services,<br>NA/Bank of America<br>by American Infosource Lp<br>As Its Agent<br>PO Box 248809<br>Oklahoma City, OK<br>731248809 | $       2,827.90 | $          0.00 | $          0.00 |
| 25 | Fia Card Services,<br>NA/Bank of America<br>by American Infosource Lp<br>As Its Agent<br>PO Box 248809<br>Oklahoma City, OK<br>731248809 | $       7,552.30 | $          0.00 | $          0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 26 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 731248809 | $ 7,521.90 | $ 0.00 | $ 0.00 |
| 27 | Lucia Leck Holland & Knight LLP Attn: Stephen B. Varick 131 S. Dearborn 30th Floor Chicago, IL  60603 | $ 200,000.00 | $ 0.00 | $ 0.00 |
| 29 | Plunkett's Pest Control 40 NE 52nd Way Fridley, MN  554211014 | $ 269.50 | $ 0.00 | $ 0.00 |
| 30 | Wirtz Beverage Co. P.O. Box 809180 Chicago, IL  606809180 | $ 238.25 | $ 0.00 | $ 0.00 |
| 31 | Trimark Marlin, Inc. c/o Teller, Levit & Silvertrust PC 11 E Adams St., #800 Chicago, IL  60603 | $ 33,034.71 | $ 0.00 | $ 0.00 |
| 32 | Trimark Marlin, Inc. c/o Teller, Levit & Silvertrust PC 11 E Adams St., #800 Chicago, IL  60603 | $ 34,651.79 | $ 0.00 | $ 0.00 |
| 33 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas, TX  75374 | $ 856.45 | $ 0.00 | $ 0.00 |
| 34 | Sysco Food Services 250 Wieboldt Drive Des Plaines, IL  600163100 | $ 2,187.57 | $ 0.00 | $ 0.00 |
| 35 | Greco & Sons 1550 Hecht Road Bartlett, IL  60103 | $ 3,984.73 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 36 | Kyung Jae Chung/Central Development c/o Kyung Jae Chung/Central Development 200 E Masters Trail Vernon Hills, IL 60061 | $ 633,838.00 | $ 0.00 | $ 0.00 |
| 37 | National-Louis University c/o Craig D. Jeffrey, Esq. Bryan Cave, LLP 161 N. Clark St., Ste. 4300 Chicago, IL 60601 | $ 16,550.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $_____ 0.00

Remaining Balance    $_____ 0.00


Tardily filed claims of general (unsecured) creditors totaling $ 3,951.49 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 38 | Supreme Lobster & Seafood Co. 220 E. North Avenue Villa Park, IL 60181 | $ 3,951.49 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors    $_____ 0.00

Remaining Balance    $_____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE