IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Anthony Vassil** | ) | No. 09 B 31570 |
| **Joyce Vassil** | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

TO:    See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on June 2, 2016 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                BY:/s/ Gina B. Krol
                                               Ch 7 Bankruptcy Trustee

Service List:

Ford Motor Credit Co, LLC
P.O. Box 6275
Dearborn, MI   48121

PYOD LLC its successors and assigns
as assignee of Citibank
c/o Resurgent Capital Services
P.O. Box 19008
Greenville, SC   29602

Dell Financial Services, LLC
c/o Resurgent Capital Svcs
P.O. Box 10390
Greenville, SC   29603

Capital One Bank USA NA
By American Infosource LP as Agent
P.O. Box 71083
Charlotte, NC   28272-1083

Chase Bank USA, NA
P.O. Box 15145
Wilmington, DE   19850

Clipper Magazine
P.O. Box 610
Mountville, PA   17554

West Suburban Bank
711 S. Meyers Road
Lombard, IL   60148

Greco & Sons
1550 Hecht Road
Bartlett, IL   60103

Mickey's Linen
P.O. Box 5789
Villa Park, IL   60181

Allegra Printing & Imaging
460 Windy Point Drive
Glendale Heights, IL   60139

American Express Centurion Bank
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355

Nelnet
3015 South Parker Road
Suite 400
Aurora, CO   80014

U.S. Food Services, Inc.
c/o Kohner, Mann & Kailas, SC
4650 N Port Washington Road
Milwaukee, WI   53212

Aurora Sign Company
1100 Route 34
Aurora, IL   60503

US Dept of Education
Direct Loan Servicing
P.O. Box 5609
Greenville, TX   75403

Schweppe & Sons, Inc.
376 W North Avenue
Lombard, IL   60148

Society Insurance
P.O. Box 1029
Fond Du Lac, WI   54936

National Louis University
Student Finance Office
1000 Capitol Drive
Wheeling, IL   60090

Data Wave
1440 N Kingsbury Street
Suite 5
Chicago, IL   60622

Midland Credit Mgmt Inc. as agent for
Midland Funding, LLC
P.O. Box 2011
Warren, MI   48090

Fia Card Services, NA
Bank of America by American Infosouce
LP its Agent
P.O. Box 248809
Oklahoma City, OK   73124-8809

Lucia Leck
Holland & Knight LLP
Attn:   Stephen Varick
131 S Dearborn, 30th Floor
Chicago, IL   60603

Dept of Treasury
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA   19114

Plunkett's Pest Control
40 NE 52nd Way
Fridley, MN   55421

Wirtz Beverage Co
P.O. Box 809180
Chicago, IL   60680

Trimark Marlin, Inc.
c/o Teller, Levit & Silvertrust PC
11 E Adams Street, #800
Chicago, IL   60603

Chase Bank USA NA
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX   75374

Sysco Food Services
250 Wieboldt Drive
Des Plaines, IL   60016

Greco & Sons
1550 Hecht Road
Bartlett, IL   60103

Kyung Jae Chung/Central Development
200 E. Masters Trail
Vernon Hills, IL   60061

National-Louis University
c/o Craig D. Jeffrey, Esq.
Bryan Cave, LLP
161 N Clark Street, Ste 4300
Chicago, IL   60601

Supreme Lobster & Seafood Co.
220 E. North Avenue
Villa Park, IL   60181