UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

| | |
|---|---|
| In re: § § | |
| VASSIL, ANTHONY § | Case No. 09-31570 DRC |
| VASSIL, JOYOCE § § § | |
| Debtors § | |

NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 08/05/2016 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/14/2016           By: Gina B. Krol
                                      Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| VASSIL, ANTHONY | § | Case No. 09-31570 DRC |
| VASSIL, JOYOCE | § | |
| | § | |
| Debtors | § | |

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 20,952.99 |
| and approved disbursements of | $ | 13,806.26 |
| leaving a balance on hand of[1] | $ | 7,146.73 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| 01 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | $ 24,288.84 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
| --- | --- | --- |
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 7,146.73 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: GINA B. KROL | $ 2,845.30 | $ 0.00 | $ 2,845.30 |
| Trustee Expenses: GINA B. KROL | $ 708.59 | $ 0.00 | $ 708.59 |
| Attorney for Trustee Fees: InnovaLaw PC | $ 10,353.25 | $ 10,353.25 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: Scott, Horewitch, Pidgeon & Abrams | $ 2,362.50 | $ 0.00 | $ 2,362.50 |
| Other: Adams Levine Surety Bond Agency | $ 9.69 | $ 9.69 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 9.54 | $ 9.54 | $ 0.00 |
| Other: InnovaLaw PC | $ 459.73 | $ 459.73 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $ 5,916.39

Remaining Balance        $ 1,230.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 13,344.38 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 28 | Department of Treasury Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | $ 13,344.38 | $ 0.00 | $ 1,230.34 |

Total to be paid to priority creditors        $ 1,230.34

Remaining Balance        $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,067,169.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 02 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | $ 3,388.21 | $ 0.00 | $ 0.00 |
| 03 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 296030390 | $ 847.51 | $ 0.00 | $ 0.00 |
| 04 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte, NC 282721083 | $ 539.74 | $ 0.00 | $ 0.00 |
| 05 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO Box 71083<br>Charlotte, NC 282721083 | $ 4,158.27 | $ 0.00 | $ 0.00 |
| 06 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 198505145 | $ 192.82 | $ 0.00 | $ 0.00 |
| 07 | Clipper Magazine<br>P.O. Box 610<br>Mountville, PA  17554 | $ 2,362.20 | $ 0.00 | $ 0.00 |
| 08 | West Suburban Bank<br>711 S. Meyers Road<br>Lombard, IL  60148 | $ 5,109.39 | $ 0.00 | $ 0.00 |
| 09 | Greco & Sons<br>1550 Hecht Road<br>Bartlett, IL  60103 | $ 18,266.33 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Mickey's Linen<br>P.O. Box 5789<br>Villa Park, IL  60181 | $ 1,355.05 | $ 0.00 | $ 0.00 |
| 11 | Allegra Printing and Imaging<br>460 Windy Point Drive<br>Glendale Heights, IL  60139 | $ 1,184.92 | $ 0.00 | $ 0.00 |
| 12 | American Express Centurion Bank<br>Becket & Lee LLP<br>POB 3001<br>Malvern, PA  193550701 | $ 1,001.70 | $ 0.00 | $ 0.00 |
| 13 | Nelnet<br>3015 South Parker Road<br>Suite 400<br>Aurora, CO  80014 | $ 16,576.97 | $ 0.00 | $ 0.00 |
| 14 | U.S. Food Services, Inc.<br>c/o Kohner, Mann & Kailas, S.C.<br>4650 N. Port Washington Road<br>Milwaukee, WI  532121059 | $ 7,052.68 | $ 0.00 | $ 0.00 |
| 15 | Aurora Sign Company<br>1100 Route 34<br>Aurora, IL  60503 | $ 3,850.00 | $ 0.00 | $ 0.00 |
| 16 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA  193550701 | $ 719.71 | $ 0.00 | $ 0.00 |
| 17 | US Department of Education<br>Direct Loan Svcg<br>PO Box 5609<br>Greenville, TX  754035609 | $ 10,071.60 | $ 0.00 | $ 0.00 |
| 18 | US Department of Education<br>Direct Loan Svcg<br>PO Box 5609<br>Greenville, TX  754035609 | $ 7,661.37 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | Schweppe & Sons, Inc.<br>376 W. North Avenue<br>Lombard, IL  60148 | $ 16,700.70 | $ 0.00 | $ 0.00 |
| 20 | Society Insurance<br>P.O. Box 1029<br>Fond Du Lac, WI  549361029 | $ 1,849.82 | $ 0.00 | $ 0.00 |
| 21 | National Louis University<br>Student Finance Office<br>1000 Capitol Drive<br>Wheeling, IL  600907201 | $ 11,300.00 | $ 0.00 | $ 0.00 |
| 22 | Data Wave<br>1440 N. Kingsbury St.<br>Suite 5<br>Chicago, IL  60622 | $ 9,180.56 | $ 0.00 | $ 0.00 |
| 23 | Midland Funding LLC<br>By its authorized agent<br>Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL  331311605 | $ 286.96 | $ 0.00 | $ 0.00 |
| 24 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK  731248809 | $ 2,827.90 | $ 0.00 | $ 0.00 |
| 25 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK  731248809 | $ 7,552.30 | $ 0.00 | $ 0.00 |
| 26 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK  731248809 | $ 7,521.90 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 27 | Lucia Leck<br>Holland & Knight LLP<br>Attn: Stephen B. Varick<br>131 S. Dearborn 30th Floor<br>Chicago, IL  60603 | $ 200,000.00 | $ 0.00 | $ 0.00 |
| 29 | Plunkett's Pest Control<br>40 NE 52nd Way<br>Fridley, MN  554211014 | $ 269.50 | $ 0.00 | $ 0.00 |
| 30 | Wirtz Beverage Co.<br>P.O. Box 809180<br>Chicago, IL  606809180 | $ 238.25 | $ 0.00 | $ 0.00 |
| 31 | Trimark Marlin, Inc.<br>c/o Teller, Levit & Silvertrust PC<br>11 E Adams St., #800<br>Chicago, IL  60603 | $ 33,034.71 | $ 0.00 | $ 0.00 |
| 32 | Trimark Marlin, Inc.<br>c/o Teller, Levit & Silvertrust PC<br>11 E Adams St., #800<br>Chicago, IL  60603 | $ 34,651.79 | $ 0.00 | $ 0.00 |
| 33 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX  75374 | $ 856.45 | $ 0.00 | $ 0.00 |
| 34 | Sysco Food Services<br>250 Wieboldt Drive<br>Des Plaines, IL  600163100 | $ 2,187.57 | $ 0.00 | $ 0.00 |
| 35 | Greco & Sons<br>1550 Hecht Road<br>Bartlett, IL  60103 | $ 3,984.73 | $ 0.00 | $ 0.00 |
| 36 | Kyung Jae Chung/Central Development<br>c/o Kyung Jae Chung/Central Development<br>200 E Masters Trail<br>Vernon Hills, IL  60061 | $ 633,838.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 37 | National-Louis University c/o Craig D. Jeffrey, Esq. Bryan Cave, LLP 161 N. Clark St., Ste. 4300 Chicago, IL 60601 | $ 16,550.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 3,951.49 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 38 | Supreme Lobster & Seafood Co. 220 E. North Avenue Villa Park, IL 60181 | $ 3,951.49 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
　　　　　　　　　　　　　　　　　　Trustee

UST Form 101-7-NFR (10/1/2010) *(Page: 8)*

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.